JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TINOCO, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HAJOCA CORPORATION,<br><br>Defendant. | Case No. CV 17-6187 FMO (ASx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Final Approval of Class Action Settlement ("Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Plaintiff Jose Tinoco shall be paid a service payment of $5,000 in accordance with the terms of the Settlement Agreement and the Order.

2. Class counsel shall be paid $360,000.00 in attorney's fees, and $12,135.26 in costs in accordance with the terms of the Settlement Agreement and the Order.

3. The Claims Administrator, CPT, shall be paid for its fees and expenses in accordance with the terms of the Settlement Agreement.

4. The California Labor and Workforce Development Agency shall be paid $15,000 pursuant to the Settlement Agreement.

5. All class members who did not validly and timely request exclusion from the settlement

have released their claims, as set forth in the Settlement Agreement, against any of the released parties (as defined in the Settlement Agreement).

6. Except as to any class members who have validly and timely requested exclusion, this action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of the court.

Dated this 10th day of April, 2020.

/s/
Fernando M. Olguin
United States District Judge